Joseph Tomera, appellee, v. Josef Kopczynski and Maryanna Kopczynski, appellants. Gen. No. 36,077.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed November 22, 1932. Rehearing denied December 3, 1932.

Schnackenberg & Hansen, for appellants; Elmer J. Schnackenberg, of counsel. F. W. Jaros and Charles C. Spencer, for appellee.

Mr. Presiding Justice Kerner delivered the opinion of the court.

S. B. Katzman, appellee, v. Cicero-Quincy Building Corporation et al., defendants, on appeal of Chicago Title & Trust Company, appellant. Gen. No. 36,147.

Opinion filed November 22, 1932.

Winston, Strawn & Shaw, I. B. Padorr and A. Edmund Peterson, for appellant; Harold Beacom, Richard H. Hollen and Anthony L. Michel, of counsel. Joseph H. Platt, for appellee; Meyer Abrams, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.

William G. Donne et al., appellees, v. Morris Casty et al., defendants, on appeal of Tillie Casty and Morris Casty, appellants. Gen. No. 36,197.

Opinion filed November 22, 1932.

Jack A. Cohon, for appellants. Francis E. Hinckley and James L. Coleman, for appellees; Frank C. Rathje, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.

Gage Structural Steel Company, appellant, v. Henry Paschen, trading as Paschen Bros., appellee. Gen. No. 35,999.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed November 22, 1932. Rehearing denied December 3, 1932.

A. S. and E. W. Froehlich, for appellant. Sonnenschein, Berkson, Lautmann, Levinson & Morse, Maxfield Weisbrod and John A. Taylor, for appellee; David Levinson, Maxfield Weisbrod and Frank Bloom, of counsel.

Mr. Justice Gridley delivered the opinion of the court.